■ THIERRY BALCON, Plaintiff, v CITY OF NEW YORK et al., Defendants. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Third-Party Plaintiff-Respondent, v ROADWAY CONTRACTING, INC., et al., Third-Party Defendants-Respondents, and CITYWIDE ASPHALT PAVING Co., INC., Third-Party Defendant-Appellant. [604 NYS2d 717] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered on or about December 8, 1992, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Kupferman and Nardelli, JJ.